*vitz, Joseph Chez,* Attorney General of Utah, *John D. Rice,* and *Alfred Klein* for petitioners. *Mr. W. Q. Van Cott, pro se.*

No. 482. DIMOCK, EXECUTOR, *v.* CORWIN, LATE COLLECTOR OF INTERNAL REVENUE. January 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE STONE took no part in the consideration and decision of this application. *Messrs. E. J. Dimock* and *J. D. Rawlings* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Edward J. Ennis* for respondent.

Nos. 492 and 493. GENERAL GAS & ELECTRIC CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. January 3, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Maurice Bower Saul* and *Francis J. Sweeney* for petitioner. *Solicitor General Jackson* for respondent.

No. 325. PALMER ET AL., TRUSTEES *v.* PALMER ET AL., TRUSTEES. See *ante,* p. 578.

No. 508. FEDERAL POWER COMMISSION *v.* PACIFIC POWER & LIGHT CO. ET AL. January 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Jackson* and *Mr. William C. Koplovitz* for petitioner. *Messrs. A. J. G. Priest, Sidman I. Barber,* and *Henry S. Gray* for respondents.